IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ASHLEY L. SCALA,

Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 1:25-cv-01597-SB

**ORDER**

**BECKERMAN, U.S. Magistrate Judge.**

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A), the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in *Astrue v. Ratliff,* 130 S. Ct. 2521 U.S. (2010), and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees of $6,271.17, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in *Ratliff* shall be paid by direct deposit to the Plaintiff's attorney's office:

///

///

///

Lisa R. Lang
Lisa Lang Law LLC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035

**IT IS SO ORDERED.**

DATED this 27th day of October, 2026.

Stacie F. Beckerman

HON. STACIE F. BECKERMAN
United States Magistrate Judge